# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN REDCLIFT, individually, and, as ADMINISTRATOR OF THE ESTATE OF STACY REDCLIFT, : : : : | JURY TRIAL DEMANDED |
| PLAINTIFF : : | No. 4:22-CV-0027-WIA |
| VS. : : | |
| SCHUYLKILL COUNTY, et al. : : | |
| DEFENDANTS : | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 5000 WORDS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

AND NOW, comes Plaintiff, Sean Redclift, individually and as Administrator of the Estate of Stacy Redclift, by and through his attorneys, Fanelli, Evans & Patel, P.C., hereby files this Motion for Leave to File a Brief in Excess of 5000 Words in Opposition to the Motion to Dismiss Filed by Defendants, Coaldale Borough, Coaldale Police Department, and Office Matthew Jungbaer, and in support thereof, aver as follows:

1. Plaintiff, Sean Redclift, Individually and as Administrator of the Estate of Stacy Redclift, initiated this civil action by filing a Complaint against the Defendants on January 6, 2022. (Docket No. 1).

2. Plaintiff's Complaint asserted the following claims:

   a. Deliberate Indifference to Mrs. Redclift's Serious Medical Needs and to Her Known Risk of Suicide Pursuant to Section 1983 and the Fourteenth Amendment (Count I, Count III, Count V);

   b. Deliberate Indifference to Civil Rights Pursuant to Section 1983, Custom, Pattern, Practice, Policy, Training (Count II, Count IV and Count VI);

   c. Common Law Negligence (Count VII);

   d. Wrongful Death Act 42 PA. C.S. §8301 (Count VIII); and,

   e. Survival Action 42 PA. C.S.A.§8302 (Count IX)

3. The Complaint is 79 pages and 213 paragraphs.

4. Defendants, Coaldale Borough, Coaldale Police Department and Officer Matthew Jungbaer filed a Motion to Dismiss Plaintiff's Complaint on or about March 8, 2022.

5. Defendants, Coaldale Borough, Coaldale Police Department and Officer Matthew Jungbaer filed their Brief in Support of the aforementioned Motion on March 21, 2022.

6. In accordance with Local Rule 7.8(b), a brief in opposition to a motion to dismiss is limited to 15 pages or 5,000 words.

7. Given the length of Plaintiff's Complaint and the number and complexity of issues raised in Defendants' Motion to Dismiss, there is a necessity

for Plaintiff to exceed the page/word limits imposed by Local Rule 7.8(b) in opposing the Motion.

8. If Plaintiff is not afforded leave to exceed the page/word limits, he will not be able to fully, thoroughly, and appropriately articulate the legal and factual bases upon which his opposition rests.

9. As such, if Plaintiff is not afforded leave to exceed the page/word limits, he will be substantially and materially prejudiced.

10. Consequently, it is believed and therefore averred that the granting of the instant Motion is in the interests of justice and fairness and promotes the long-standing federal court policy to resolve disputes on their merits, rather than on procedural technicalities. *See Foman v. Davis*, 371 U.S. 178, 181 (1962); *Caldwell v. Folino*, 394 Fed. App'x 912, 914 (3d Cir. 2010).

11. It is further believed and therefore averred that the granting of the instant Motion will not materially prejudice any party in this case.

12. Plaintiff is unopposed to a similar extension for Defendants, should they feel the need to file a Reply Brief.

13. Plaintiff anticipates filing a Brief in Opposition the body of which is approximately 39 pages and 8,994 words.

14. Plaintiff respectfully requests that this Honorable Court grant the instant Motion.

WHEREFORE, Plaintiff, Sean Redclift, Individually and as Administrator of the Estate of Stacy Redclift, respectfully requests this Court grant their Motion to Leave and enter an Order consistent with the attached proposed Order.

                                    **RESPECTFULLY SUBMITTED,**

                                    **/s/ Eric M. Prock**
ERIC M. PROCK, ESQUIRE
Attorney I.D. No. 208315
FANELLI, EVANS & PATEL, P.C.
The Necho Allen
No. 1 Mahantongo Street
Pottsville, PA 17901
570-622-2455 (phone)
570-622-5336 (fax)
eprock@feplawyers.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | :     JURY TRIAL DEMANDED |
| SEAN REDCLIFT, individually, | : |
| and, as ADMINISTRATOR OF THE | : |
| ESTATE OF STACY REDCLIFT, | :     No. 4:22-CV-0027-WIA |
|  | :     Hon. William I. Arbuckle |
| PLAINTIFF | : |
|  | : |
| VS. | : |
|  | : |
| SCHUYLKILL COUNTY, et al. | : |
|  | : |
| DEFENDANTS | : |

     I, ERIC M. PROCK, Esquire, hereby certify that a true and correct copy of the foregoing ***Plaintiff's Motion for Leave to File a Brief in Excess of 5000 Words in Opposition to Defendants' Motion to Dismiss*** has been served on the following, via email, mail and/or certified mail only:

<u>**VIA EFILING ONLY**</u>
**Sheryl L. Brown, Esquire**
**Connie E. Henderson, Esquire**
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
<u>slbrown@sianalaw.com</u>
<u>cegenderson@sianalaw.com</u>
*Counsel for Defendants, Coaldale Borough, Coaldale Borough Police Department and Coaldale Borough Police Officer Matthew Jungbaer*

**David J. MacMain, Esquire**
**Kelsey A. Hoffman, Esquire**
433 West Market Street, Suite 200
West Chester, PA 19382
<u>khoffman@macmainlaw.com</u>
<u>dmacmain@macmainlaw.com</u>
*Counsel for Defendants, Schuylkill County, Schuylkill County Prison Board, Eugene Berdanier, Former Warden, Lt. Barron Line, CO Justine Garcia, CO Robert Selgrade, CO Brian Gotshall, Lt. Thomas Homan, Jr., CO Kylee Rauenzahn, CO Rebecca Bergan, CO Kassandra Confer, CO Christopher Fertig, CO William Schweikert, Elaine Gilbert, LT. Gary Keppel, Jeffrey Moyer, Ryan Parker*

**VIA REGULAR MAIL ONLY**
**PrimeCare Medical, Inc.**
3940 Locust Lane
Harrisburg, PA 17109

**John Doe Coaldale Police Officers #'s 1 and 2**
221 3rd Street
Coaldale, PA 18218

**Nicole Hollywood, LPN**
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Alyssa Hysock, LPN**
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Cayla Sullivan, LPN**
623 West Arch Street
Pottsville, PA 17901

**Tara Hamm, LPN HSA**
Health Services Administrator
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Paula Dillman-McGowan, CRNP**
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Nicole Macaluso, CRNP**
105 Read Oak Drive
Danville, PA 17821

**Catharine Galle, LPN**
447 E. Norwegian Street
Pottsville, PA 17901

**Kimberly Ryan, LPN**
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Carina Gross, LPN**
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**Kendal Jemiola**
Assistant Regional Manager
Primecare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

**C/O Billie Jo Bender**
21 Pine Lane
Pine Grove, PA 17963

By:  **/s/ Eric M. Prock**
ERICK M. PROCK, ESQUIRE

Date: April 1, 2022