## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN REDCLIFT, individually, and, as ADMINISTRATOR OF THE ESTATE OF STACY REDCLIFT, | : <br> : JURY TRIAL DEMANDED <br> : |
| PLAINTIFF | : No. 4:22-CV-0027-WIA |
| VS. | : |
| SCHUYLKILL COUNTY, et al. | : |
| DEFENDANTS | : |

## **CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

The undersigned hereby verifies that pursuant to local rule, he has consulted opposing counsel in the filing of the within Motion to Exceed Word Count/Page Limits, and that counsel for Coaldale Borough, Coaldale Borough Police Officer and Officer Matthew Jungbaer have concurred. Opposing Counsel for Schuylkill County, Schuylkill County Prison Board and former Warden Eugene Berdanier did not respond to Plaintiff's Request for Concurrence and thus is noted as non-concurrence.

*/s/ Eric M. Prock*
ERIC M. PROCK, ESQUIRE

Dated: April 1, 2022