# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN REDCLIFT, individually, and, as ADMINISTRATOR OF THE ESTATE OF STACY REDCLIFT, | : <br> : JURY TRIAL DEMANDED <br> : <br> : |
| PLAINTIFF | : No. 4:22-CV-0027-WIA |
| VS. | : |
| SCHUYLKILL COUNTY, et al. | : |
| DEFENDANTS | : |

## **ORDER**

AND NOW, this _____ day of _____, 2022, after consideration of Plaintiff's Motion for Leave to File a Brief in Excess of 5000 Words in Opposition to Defendants, Coaldale Borough, Coaldale Police Department, and Office Matthew Jungbaer's Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.

_____
Honorable William J. Arbuckle
United States District Judge
Middle District of Pennsylvania