UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN REDCLIFT, | ) | CIVIL ACTION NO. 4:22-CV-27 |
| *Individually and as administrator of the estate of Stacy Redclift* | ) ) ) | |
| Plaintiff | ) ) | (ARBUCKLE, M.J.) |
| v. | ) ) | |
| SCHUYLKILL COUNTY, *et al.,* | ) | |
| Defendants | ) | |

## ORDER

Upon consideration of Plaintiff's request to exceed the page and word limit set by local rule 7.8 in his response to the Coledale Defendants Motion to Dismiss (Doc. 34), it is ORDERED that:

(1) Plaintiff's Motion (Doc. 47) is GRANTED.

(2) Plaintiff is authorized to file a brief in opposition that does not exceed 39 pages or 9,000 words.


Date: April 4, 2022                    BY THE COURT

                                       *s/William I. Arbuckle*
                                       William I. Arbuckle
                                       U.S. Magistrate Judge